

Entered on Docket
July 28, 2011

_____
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-N-11-51521-BTB |
| V-R PROPERTY MANAGEMENT, a Nevada Corporation | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS; TO CURE ARREARAGES; AND TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE** |
| | Hearing Date: 7/5/11<br>Hearing Time: 10:00 a.m. |

On June 21, 2011, Creditor Stan Boyett & Son, Inc. doing business as Boyett Petroleum ("Boyett") filed a MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS; TO CURE ARREARAGES; AND TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE (Ct. Dkt. #54). The matter was served and hearing noticed. Debtor filed a response and rejected the fuel supply contracts indentified in the motion (Ct. Dkt. #69, filed July 5, 2011).

The motion was called as scheduled on the 10:00 a.m. calendar on July 5, 2011, the Hon. Bruce T. Beesley presiding. Appearances were made by Louis M. Bubala III, Esq., of Armstrong Teasdale LLP for Boyett, and by Steven L. Yarmy, Esq., of the Citizens for Consumers Rights and

///

///

///

Karlon Kidder, Esq., of the Law Offices of Paul Freitag, as proposed counsel for Debtor. The Court, having reviewed the papers and Debtor having rejected the contracts in question, **GRANTED** the motion.

**IT IS SO ORDERED.**

\# \# \#

Submitted by:

By:\_\_\_/s/Louis M. Bubala III_____
LOUIS M. BUBALA III, ESQ.
State Bar No. 8974
ARMSTRONG TEASDALE LLP
50 W. Liberty Street, Suite 950
Reno, NV 89501
Telephone: 775-322-7400
Facsimile: 775-322-9049
Email: lbubala@armstrongteasdale.com

Counsel for Stan Boyett & Son, Inc.
d/b/a Boyett Petroleum

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_No party appeared at the hearing or filed an objection to the motion.

x\_\_I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Counsel for Debtor | Delivery | Response | |
|---|---|---|---|
| Karlon Kidder | Via email, 7/6/11 | **Disapprove** | Via email, July 12, 2011 |
| Steve Yarmy | Via email, 7/6/11 | **Failed to Respond** | |
| Paul Freitag | Via email, 7/6/11 | **Failed to Respond** | |

\_\_I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 90 14(g) , and that no party has objected to the form or content of the order.