

Entered on Docket
August 18, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
USTPRegion17.RE.ECF@usdoj.gov
300 Booth Street, Room 3009
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
August B. Landis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                                    )    Case no: BK-N-11-51521-BTB
                                                          )    Chapter: 11
V-R PROPERTY MANAGEMENT,                                  )
                                                          )    **ORDER DISMISSING CASE**
                                                          )
                                                          )    Hearing Date: August 4, 2011
                        Debtor.                           )    Hearing Time: 11:00 a.m.

McGinley & Associates moved on proper notice for an order to appoint a trustee. Docket #44. The Court entered its Order Deferring Ruling On Motion To Appoint Trustee on July 28, 2011. Docket #77. McGinley & Associates, the Acting United States Trustee ("US Trustee"), and the Debtor each filed Status Reports for the hearing on August 4, 2011 at 11:00 a.m.. Docket #'s 82, 86, and 88. William B. Cossitt, Esq. appeared for the US Trustee. Karlon Kidder, Esq., appeared for the Debtor. Carolyn E. Tanner, Esq., appeared for the State of Nevada. Michael Lehners, Esq. appeared telephonically for McGinley & Associates. Bret F. Meich, Esq. appeared on behalf of Stan Boyett & Son, Inc.

1       The Court having read the pleadings, listened to testimony and the arguments of the parties,
2 having reviewed its previous notes and findings from previous hearings and having put its findings
3 of fact and conclusions of law on the record in open court, including the incorporation of earlier
4 findings and conclusions from earlier hearings, pursuant to Federal Rule of Civil Procedure 52 made
5 applicable by Federal Rule of Bankruptcy Procedure 7052, and good cause appearing;

6       IT IS HEREBY ORDERED that this case is DISMISSED immediately, allowing all
7 interested parties to proceed in state court or other venues.

8       IT IS HEREBY FURTHER ORDERED that all pending pleadings, matters, issues and
9 hearings before this Court are hereby VACATED.

10 Respectfully submitted,

11 William B. Cossitt, State Bar #3484
300 Booth Street, #3009
12 Reno NV 89509
(775) 784-5335
13
/s/ **WILLIAM B. COSSITT**
14
Attorneys for Acting United States Trustee
15 August B. Landis

16 APPROVED the 7th day of August, 2011.

17 See attached.

18 Karlon Kidder, Esq., Attorney for the Debtor

19 APPROVED the 4th day of August, 2011.

20 See attached.

21 Carolyn E. Tanner, Esq., Attorney for the State of Nevada.

22 APPROVED the 5th day of August, 2011.

23 /s/ **BRET F. MEICH**

24 Bret F. Meich, Esq. appeared on behalf of Stan Boyett & Son, Inc.

25 WAIVED SIGNATURE the 4th day of August, 2011.

26 /s/ MICHAEL LEHNERS, ESQ.

27 Michael Lehners, Esq., Attorney for McGinley & Associates

28

1  The Court having read the pleadings, listened to testimony and the arguments of the parties, having reviewed its previous notes and findings from previous hearings and having put its findings of fact and conclusions of law on the record in open court, including the incorporation of earlier findings and conclusions from earlier hearings, pursuant to Federal Rule of Civil Procedure 52 made applicable by Federal Rule of Bankruptcy Procedure 7052, and good cause appearing:

IT IS HEREBY ORDERED that this case is DISMISSED immediately, allowing all interested parties to proceed in state court or other venues.

IT IS HEREBY FURTHER ORDERED that all pending pleadings, matters, issues and hearings before this Court are hereby VACATED.

Respectfully submitted,

William B. Cossitt, State Bar #3484
300 Booth Street, #3009
Reno NV 89509
(775) 784-5335

/s/ **WILLIAM B. COSSITT**

Attorneys for Acting United States Trustee
August B. Landis

APPROVED/DISAPPROVED this ___ day of August, 2011.

_____
Karlon Kidder, Esq., Attorney for the Debtor

APPROVED/DISAPPROVED this 7th day of August, 2011.

_____
Carolyn E. Tanner, Esq., Attorney for the State of Nevada.

APPROVED/DISAPPROVED this ___ day of August, 2011.

_____
Bret F. Meich, Esq. appeared on behalf of Stan Boyett & Son, Inc.

WAIVED SIGNATURE the 4th day of August, 2011.

/s/ MICHAEL LEHNERS, ESQ.

Michael Lehners, Esq., Attorney for McGinley & Associates

- 2 -

1  The Court having read the pleadings, listened to testimony and the arguments of the parties, having reviewed its previous notes and findings from previous hearings and having put its findings of fact and conclusions of law on the record in open court, including the incorporation of earlier findings and conclusions from earlier hearings, pursuant to Federal Rule of Civil Procedure 52 made applicable by Federal Rule of Bankruptcy Procedure 7052, and good cause appearing;

IT IS HEREBY ORDERED that this case is DISMISSED immediately, allowing all interested parties to proceed in state court or other venues.

IT IS HEREBY FURTHER ORDERED that all pending pleadings, matters, issues and hearings before this Court are hereby VACATED.

Respectfully submitted,

William B. Cossitt, State Bar #3484
300 Booth Street, #3009
Reno NV 89509
(775) 784-5335

/s/ **WILLIAM B. COSSITT**

Attorneys for Acting United States Trustee
August B. Landis

APPROVED/DISAPPROVED this ___ day of August, 2011.


Karlon Kidder, Esq., Attorney for the Debtor

APPROVED/DISAPPROVED this 4TH day of August, 2011.

Carolyn E. Tanner, Esq., Attorney for the State of Nevada.

APPROVED/DISAPPROVED this ___ day of August, 2011.


Bret F. Meich, Esq. appeared on behalf of Stan Boyett & Son, Inc.

WAIVED SIGNATURE the 4th day of August, 2011.

/s/ MICHAEL LEHNERS, ESQ.

Michael Lehners, Esq., Attorney for McGinley & Associates

###

1 | In accordance with Administrative Order No. 2010-01, Amendment of LR 9021(c), counsel
2 | submitting this document certifies as follows:

3 | \_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

4 | \_\_\_ No party appeared at the hearing or filed an objection to the motion.

5 | _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved
6 | or disapproved the order, or failed to respond, as indicated below:

7 | Michael Lehners, Esq., waived signature in open court.

8 | Bret F. Meich, Esq. by e-mail August 4, 2011 and his response is above.

9 | Carolyn E. Tanner, Esq., by e-mail August 4, 2011 and her response is above.

10 | Karlon Kidder, Esq., by e-mail August 4, 2011 and his response is above.

11 | \_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or
12 | content of the order.

13 | DATED this 15TH day of August, 2011.

WILLIAM B. COSSITT

/S/ WILLIAM B. COSSITT
TRIAL ATTORNEY for the
Acting United States Trustee
August B. Landis

- 3 -